ADJ
PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anthony Dejaun Lynch               Docket No. 4:24-CR-61-1M

**Petition for Action on Conditions of Pretrial Release - ADJUDICATED**

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Anthony Dejaun Lynch, who was placed under pretrial release supervision by the Honorable Richard E. Myers II, Chief United States District Judge, sitting in the Court at Wilmington, on the 9th day of October, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Upon review of the conditions of release, and in consultation with the Federal Public Defender, it was determined that box (p), section (iv) was not checked on the Conditions of Release that places the defendant on Stand Alone Monitoring. We respectfully recommend that the following condition be order to correctly reflect the courts intent on the Conditions of Release.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must participate in the form of location monitoring indicated below until further court order, and follow monitoring procedures specified by the supervising officer which must be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant must submit to the following Location Monitoring: Stand Alone Monitoring.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing
                                        is true and correct.

/s/ C. Lee Meeks, Jr.                   /s/ Shawn M. Lyon
C. Lee Meeks, Jr.                       Shawn M. Lyon
Supervising U.S. Probation Officer      U.S. Probation Officer
                                        200 Williamsburg Pkwy, Unit 2
                                        Jacksonville, NC 28546-6762
                                        Phone: 910-467-5110
                                        Executed On: October 28, 2024

**ORDER OF THE COURT**

Considered and ordered the 30th day of October, 2024, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge